UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE LEE THOMPSON,

    Plaintiff,

  v.

ATTORNEY GRIEVANCE COMMISSION,

    Defendant.
                                              /

CIVIL ACTION NO.  05-60232

HON. JOHN CORBETT O'MEARA

**ORDER AFFIRMING MAGISTRATE JUDGE DONALD SCHEER'S
REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

    **IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

                                              s/John Corbett O'Meara
                                              John Corbett O'Meara
                                              United States District Judge

Dated:  February 3, 2006