UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE THOMPSON,

     Plaintiff,

                                    Case No. 05-60232

v.

                                    Hon. John Corbett O'Meara

ATTORNEY GRIEVANCE COMMISSION,

     Defendant.

_____/

## ORDER DENYING MOTION PURSUANT TO
## HOUSE JOINT RESOLUTION ACT 192 (1933)

Plaintiff, a pro se prisoner, brought this action on October 5, 2005. The court granted his

application to proceed *in forma pauperis* on October 24, 2005. See 28 U.S.C. § 1915(a). The

court dismissed the complaint and closed the case on February 3, 2006. According to Plaintiff,

he still owes $216.60 for the filing fee in this matter. Plaintiff requests that the court exempt him

from this payment requirement.[1]

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who qualifies to proceed *in*

*forma pauperis* must still pay the civil filing fee through partial payments, as set forth in 28

U.S.C. § 1915(b). The PLRA does not provide for exceptions to this requirement. See White v.

Paskiewicz, 89 Fed. Appx. 582, 584 (6th Cir. 2004) (citing In re Prison Litigation Reform Act,

105 F.3d 1131, 1133-34 (6th Cir. 1997)). The court is without authority to relieve Plaintiff from

---

[1] Plaintiff made the same request in Thompson v. Thompson, No. 05-73451, before Judge
Cohn, which was denied. See Docket No. 16.

his obligation to pay the filing fee over time.[2]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.


s/John Corbett O'Meara
United States District Judge


Date:  October 21, 2011




I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 21, 2011, using the ECF system and/or ordinary mail.


s/William Barkholz
Case Manager

---

[2] Plaintiff cites House Joint Resolution 192 (1933), which was codified at 31 U.S.C. § 5118.  This statute provided for the suspension of the gold standard and is not relevant here.